1452

## RECONSIDERATION DOCKET

**97–641.   Apel v. Katz.**
Cuyahoga App. No. 68294.   Reported at 83 Ohio St.3d 11, 697 N.E.2d 600.   On motion for

reconsideration.  Motion denied.

MOYER, C.J., and LUNDBERG STRATTON, J., dissent.